■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD ROBINSON, Appellant.—Appeal by defendant from two judgments of the Supreme Court, Richmond County (Felig, J.), both rendered March 8, 1983, convicting him of attempted sexual abuse in the first degree and adjudging him in violation of probation, respectively, upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised upon appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Lazer, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN RUSSELL, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered April 22, 1982, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.